## IRON SILVER MIN. CO. v. MIKE & STARR GOLD & SILVER MIN. CO.

### (Circuit Court of Appeals, Eighth Circuit. June 26, 1893.)

#### No. 256.

In Error to the Circuit Court of the United States for the District of Colorado.

Harvey Riddell, (Frank W. Owers, James C. Starkweather, and Edward L. Dixon, on the brief,) for plaintiff in error.

Thomas M. Patterson, for defendant in error.

Before BREWER, Circuit Justice, SANBORN, Circuit Judge, and THAYER, District Judge.

THAYER, District Judge. This case was submitted in connection with case No. 255, which was a suit between the same parties. 56 Fed. Rep. 956. The record in the two cases discloses the same state of facts; and the questions discussed are the same. On the authority of our decision in No. 255 the judgment in the present case is hereby affirmed.